# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 391 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TERRY JOHNSON, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 392 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TERRY JOHNSON, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 393 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TERRY JOHNSON, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 394 EAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

|                                                  |     |                                                                  |
|--------------------------------------------------|-----|------------------------------------------------------------------|
|                                                  | :   |                                                                  |
|                                                  | :   |                                                                  |
| TERRY JOHNSON,                                   | :   |                                                                  |
|                                                  | :   |                                                                  |
|     Petitioner               | :   |                                                                  |
|                                                  | :   |                                                                  |
| COMMONWEALTH OF PENNSYLVANIA,                    | :   | No. 395 EAL 2020                                                 |
|                                                  | :   |                                                                  |
|     Respondent               | :   |                                                                  |
|                                                  | :   | Petition for Allowance of Appeal                                 |
|                                                  | :   | from the Order of the Superior Court                             |
|   v.                                   | :   |                                                                  |
|                                                  | :   |                                                                  |
|                                                  | :   |                                                                  |
| TERRY JOHNSON,                                   | :   |                                                                  |
|                                                  | :   |                                                                  |
|     Petitioner               | :   |                                                                  |
|                                                  | :   |                                                                  |
| COMMONWEALTH OF PENNSYLVANIA,                    | :   | No. 396 EAL 2020                                                 |
|                                                  | :   |                                                                  |
|     Respondent               | :   |                                                                  |
|                                                  | :   | Petition for Allowance of Appeal                                 |
|                                                  | :   | from the Order of the Superior Court                             |
|   v.                                   | :   |                                                                  |
|                                                  | :   |                                                                  |
|                                                  | :   |                                                                  |
| TERRY JOHNSON,                                   | :   |                                                                  |
|                                                  | :   |                                                                  |
|     Petitioner               | :   |                                                                  |
|                                                  | :   |                                                                  |
| COMMONWEALTH OF PENNSYLVANIA,                    | :   | No. 397 EAL 2020                                                 |
|                                                  | :   |                                                                  |
|     Respondent               | :   |                                                                  |
|                                                  | :   | Petition for Allowance of Appeal                                 |
|                                                  | :   | from the Order of the Superior Court                             |
|   v.                                   | :   |                                                                  |
|                                                  | :   |                                                                  |
|                                                  | :   |                                                                  |
| TERRY JOHNSON,                                   | :   |                                                                  |
|                                                  | :   |                                                                  |
|     Petitioner               | :   |                                                                  |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 13th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.